JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROQUE MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LELAND DUDEK, ACTING COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:24-cv-01245-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from March 17, 2025 to March 21, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the week of March 17, 2025, Plaintiff's Counsel has seven Merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 12, 2025   PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: March 12, 2025   PHILLIP A. TALBERT
United States Attorney
MATTHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:  *\*/s/ Justin Lane Martin*
Justin Lane Martin
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on March 12, 2025)

# ORDER

Pursuant to stipulation, and cause appearing, Plaintiff shall have a 4-day extension of time to March 21, 2025, to file a Motion for Summary Judgment. All other deadlines in the Court's Scheduling Order are modified accordingly. No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: __March 13, 2025__          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE