MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
E-Mail: lillian.j.lee@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE MARTINEZ, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:24-CV-01245-JLT-BAM <br><br> STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-one (21) days from May 26, 2025, up to and including June 17, 2025. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's second request for an extension. Since the last extension request, Defendant has identified a possibility for settlement of this matter and respectfully requests this extension to allow sufficient time to internally discuss, and if required, negotiate with Plaintiff's counsel. Counsel has been diligent in her work, and in the last four weeks, has completed three responsive briefs and a settlement memorandum in one case. Defendant's counsel also recently

contracted COVID-19 which limited her productivity. In addition to this case, counsel has eight upcoming responsive briefs in the next four weeks, including a Circuit brief.

                                          Respectfully submitted,

Dated:  May 27, 2025      By:      <u>/s/ *Dolly Trompeter*\*</u>
                                        (\*as authorized via e-mail on May 27, 2025)
                                        DOLLY TROMPETER
                                        Attorney for Plaintiff

Dated:  May 27, 2025               MICHELE BECKWITH
                                        Acting United States Attorney
                                        MATHEW W. PILE
                                        Associate General Counsel
                                        Social Security Administration

                              By:      <u>/s/ *Lillian J. Lee*</u>
                                        LILLIAN J. LEE
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

## **ORDER**

      Generally, requests for court-approved extensions brought on (or after) the required filing date are looked upon with disfavor.  L.R. 144(d).  Nonetheless, in the interest of judicial and party economy, and for cause appearing, Defendant shall have an extension, up to and including June 17, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  <u>**May 28, 2025**</u>                        <u>/s/ Barbara A. McAuliffe</u>
                                                      UNITED STATES MAGISTRATE JUDGE