UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE MARTINEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>            Defendant. | Case No.  1:24-cv-01245-JLT-FJS<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br><br>(Doc. 23) |

On October 15, 2024, Roque Martinez initiated this action seeking judicial review of a final decision of the Commissioner of Social Security denying his application for Social Security Disability Insurance benefits under Title II of the Social Security Act.  (Doc. 1.)  On March 21, 2025, Plaintiff filed a motion for summary judgment.  (Doc. 14.)  On June 17, 2025, the Commissioner filed an opposition to Plaintiff's motion.  (Doc. 21.)

On February 2, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's motion for summary judgment be granted.  (Doc. 23.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within 14 days after service.  (*Id.*)  The Court warned that the failure to file objections may result in the waiver of certain rights on appeal.  (*Id.*)  No party has filed objections and the time to do so has since passed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  The findings and recommendations are supported by the record and proper analysis. Accordingly, the Court ORDERS:

1.    The findings and recommendations issued on February 2, 2026 (Doc. 23) are **ADOPTED IN FULL**.

2.    This matter is **REMANDED** for further proceedings consistent with this order.

3.    The Clerk's Office is directed to enter judgment in favor of Plaintiff and to close the case.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

UNITED STATES DISTRICT JUDGE

2