UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROQUE MARTINEZ,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:24-cv-01245-JLT-FJS<br><br>ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION FOR ATTORNEY'S FEES |

On August 10, 2026, Plaintiff Roque Martinez ("Plaintiff") filed a motion for attorney's fees pursuant to the Equal Access to Justice Act. (ECF No. 27.) The attorneys are strongly encouraged to meet and confer and resolve this motion without further court involvement. If these attempts are unsuccessful, any opposition to Plaintiff's motion for attorney's fees shall be filed no later than <u>August 24, 2026</u>. Any reply to the opposition shall be filed no later than <u>September 3, 2026</u>.

Additionally, Plaintiff is advised that all fees requested must be contained in either the motion for attorney's fees or the reply. Requests for additional fees once this court issues an order regarding attorney's fees will be looked upon with disfavor. In the event the Commissioner does not intend to oppose the motion, a notice of non-opposition must be filed in compliance with Local Rule 230(c). Failure to timely file an opposition may result in the granting of fees as requested.

IT IS SO ORDERED.

Dated: **August 14, 2026**

UNITED STATES MAGISTRATE JUDGE